AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>$1,312,500.00 OF FUNDS IN THE NAME OF PETR.<br>*Defendant* | )<br>)<br>) Case No. 16-1779-CKK<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Claimant Petrolina (Holdings) Public, LTD

Date:   08/23/2017

*Attorney's signature*

Ryan P. Fayhee / DC Bar No. 1033852
*Printed name and bar number*

Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
*Address*

Ryan.Fayhee@bakermckenzie.com
*E-mail address*

(202) 452-7024
*Telephone number*

(202) 452-7074
*FAX number*