UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,312,500.00 OF FUNDS IN THE NAME OF PETROLINA (HOLDINGS) PUBLIC LTD.;<br><br>and<br><br>$1,272,840.45 OF FUNDS IN THE NAME OF PETROLINA (HOLDINGS) PUBLIC LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 16-1779 (CKK) |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff the United States of America, by and through its undersigned counsel, respectfully provides notice that it hereby dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:   */s/ Zia M. Faruqui*
Zia M. Faruqui, D.C. Bar No. 494990
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 252-7117
zia.faruqui@usdoj.gov