**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br>    v.<br>$1,312,500.00, *et al.*,<br>    Defendants | Civil Action No. 16-1779 (CKK) |

**ORDER**
(January 2, 2019)

The Court is in receipt of the Government's [26] Notice of Dismissal Without Prejudice. The Government voluntarily dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, it is hereby ORDRED that this case is DISMISSED WITHOUT PREJUDICE.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge